IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PBF HOLDING COMPANY LLC and PAULSBORO TERMINALING COMPANY LLC,<br><br>Defendants. | Civil No.: 1:21-cv-04183<br><br>Civil Action<br><br>STIPULATION OF SETTLEMENT AND DISCONTINUANCE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, Plaintiff ExxonMobil Corporation and Defendants PBF Holding Company LLC and Paulsboro Terminaling Company LLC, through their undersigned counsel of record, that this action is settled. Therefore, it be ordered by the Court that Plaintiff's Complaint against Defendants and all claims therein be and hereby are dismissed with prejudice, without cost or fees to any party as against the other and this action is discontinued and closed.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**

| | |
|---|---|
|   s/John McCusker, Esq.<br>John McCusker, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>200 Campus Drive, Suite 300<br>Florham Park, New Jersey 07932<br>*Attorney for Plaintiff*<br>*ExxonMobil Oil Corporation*<br><br>DATED: July 15, 2024 |   s/Brian P. Graffeo, Esq.<br>Brian P. Graffeo, Esq.<br>Williams, Graffeo & Stern LLC<br>60 Washington Street, Suite 204<br>Morristown, New Jersey 07960<br>*Attorney for Defendants*<br>*PBF Holding Company LLC and Paulsboro Terminaling Company LLC*<br><br>DATED: July 15, 2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

                                                        /S/ Frederic Block
                                                        FREDERIC BLOCK
                                                        Senior United States District Judge

Brooklyn, New York
DATED: July 15, 2024